# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-2800

———————————————

Glenn Kevin Hazley

*Plaintiff - Appellant*

v.

Becky Dooley, individual capacity; Kristi Cisar, individual capacity

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: May 21, 2021
Filed: June 9, 2021
[Unpublished]

——————————

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Glenn Hazley appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review of the issues Hazley

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

raises on appeal, *see Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (standard of review), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.

_____